## ORDER

Let the Writ Issue.

DATED: September 5, 2018

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

Richie Wheeler

now confined at the Essex County Jail, brought to the courtroom of the Hon. Susan D. Wigenton, U.S.D.J., on **September 6, 2018 at 12:30 p.m**, so that the Detainee may have an arraignment in the above-captioned matter.

Immediately upon completion of the proceeding, the Detainee will be retained in federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility

       WITNESS the Honorable Susan D. Wigenton
       United States Magistrate Judge
       Newark, New Jersey.

DATED: September 5, 2018       WILLIAM T. WALSH
                                        Clerk of the U.S. District Court
                                        for the District of New Jersey

                                        Per: _Carmen Soto_
                                             Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. RICHIE WHEELER, 18-485 (SDW)

# PETITION FOR
# WRIT OF HABEAS CORPUS

( ) Ad Prosequendum                (x ) Ad Testificandum

1. RICHIE WHEELER (hereinafter the "Detainee") is now confined at the ESSEX COUNTY JAIL

2. The Detainee is:

    charged in this District by: ( x) Indictment     ( ) Information     ( ) Complaint
    with a violation of 21 U.S.C. § 846 and 18 U.S.C. § 111

3. The Detainee will:

    be retained in federal custody until final disposition of federal charges as a
    sentence is currently being served at the detaining facility

4. The Detainee will be required at the courtroom of the Hon. Susan D. Wigenton, U.S.D.J., on **September 6, 2018 at 12:30 p.m**, so that the Detainee may have an arraignment in the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 5, 2018

                                         s/ James M. Donnelly
                                         Assistant U.S. Attorney
                                         Petitioner